# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Thierry Nedellec,

vs

PurCo Fleet Services, Inc.,

FILED
2008 MAR -3 PM 2:53
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                                    R
                              _____ DEPUTY

SUMMONS IN A CIVIL ACTION
Case No. '08 CV 0362 J POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Joshua B. Swigart
Hyde & Swigat
411 Camino Del Rio South, Suite 301
San Diego, CA 92108

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                          MAR 0 3 2008
CLERK                                           DATE

V. P[seal]
By                    , Deputy Clerk