Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Douglas J. Campion, Esq. (SBN: 75381)
**LAW OFFICES OF DOUGLAS J. CAMPION**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

Attorneys for Plaintiff
Thierry Nedellec

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIERRY NEDELLEC, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PURCO FLEET SERVICES, INC.,<br><br>Defendant. | Case No.: 08CV 0362 J POR<br><br>**PROOF OF SERVICE** |

Summons in a Civil Action (Rev. 11/97)

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 MAR -3 PM 2:53
CLERK US DIST. CT
SOUTHERN DISTRICT OF CALIFORNIA

R _____ DEPUTY

Thierry Nedellec,

vs

PurCo Fleet Services, Inc.,

SUMMONS IN A CIVIL ACTION
Case No. '08 CV 0362 J POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Joshua B. Swigart
Hyde & Swigat
411 Camino Del Rio South, Suite 301
San Diego, CA 92108

An answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                                    MAR 03 2008
CLERK                                                            DATE

By V. P_____ , Deputy Clerk

Summons in a Civil Action                                                    Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

JOSHUA SWIGART, ESQ. (SBN 225557)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770                    Ref. No.        : 0303918-01
Attorney for : PLAINTIFF        Atty. File No.  : 08CV0362

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : THIERRY NEDELLEC | Case No.: 08 CV 0362 J POR |
| DEFENDANT | : PURCO FLEET SERVICES, INC. | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

3.  a. Party served    :   PURCO FLEET SERVICES, INC.
                            AUTHORIZED AGENT FOR SERVICE: REGISTERS AGENT SOLUTIONS INC.
    b. Person served   :   GREG TORTORA, REGISTERED AGENT
                            (AUTHORIZED AGENT FOR REG. AGENT SOLUTION)

4. Address where the party was served 638 N 5TH AVE
                                       PHOENIX, AZ 85003    (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on March 5, 2008  (2) at: 10:25 AM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:    PURCO FLEET SERVICES, INC.
                        AUTHORIZED AGENT FOR SERVICE: REGISTERS AGENT SOLUTIONS INC.
      under [xx] CCP 416.10   (corporation)

7. **Person who served papers**
   a. JON C. MORRIS
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   c. 619-233-9700

   d. Fee for service: $149.50
   e. I am:
      (3) a registered California process server
         (i)   an employee
         (ii)  Registration No. 152
         (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 17, 2008                    Signature: SEE ATTACHED NOTARIZED AFFIDAVIT
                                                   JON C. MORRIS

Jud. Coun. form, rule 982.9                **PROOF OF SERVICE**
JC Form POS 010 (Rev. January 1, 2007)

# Affidavit of Process Server

United States District Court, Southern District of California
(NAME OF COURT)

| Thierry Nedellec | vs Purco Fleet Services Inc. | 08 CV 0362 J POR |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I Jon C. Morris _____, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Purco Fleet Services, Inc.
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons in a civil action, Complaint, Civil Cover Sheet

by leaving with Greg Tortora, agent for Registered Agent Solutions, statutory agent for Purco Fleet Services At
NAME                                          RELATIONSHIP

☐ Residence _____
ADDRESS                                          CITY / STATE

☑ Business 638 N. 5th Ave Phoenix, AZ 85003
ADDRESS                                          CITY / STATE

On 03/05/2008 AT 10:25 AM
DATE                                          TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
DATE

from _____
CITY           STATE           ZIP

**Manner of Service:**
☑ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
                                          DATE    TIME        DATE    TIME

(3)_____ (4)_____ (5)_____
DATE    TIME        DATE    TIME        DATE    TIME

**Description:** Age____ Sex____ Race____ Height____ Weight____ Hair____ Beard____ Glasses____

_Jon Morris_
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this _10th_ day of _March_, 20_08_, by _Jon Morris_.
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

OFFICIAL SEAL
JOSEPH E. PERRY
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Aug. 28, 2011

_Joseph Perry_
SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of _Arizona_



FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS