Robert L. Hyde (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

Attorneys for Plaintiff
Thierry Nedellec

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THIERRY NEDELLEC**,<br><br>                    Plaintiff,<br><br>v.<br><br>**PURCO FLEET SERVICES, INC.**,<br><br>                    Defendant. | CASE NO.: 08 CV 0362 DMS POR<br><br>**DECLARATION OF JOSHUA B. SWIGART IN RESPONSE TO COURT'S ORDER TO SHOW CAUSE**<br><br>DATE: January 16, 2009<br>TIME: 10:30 AM<br>COURTROOM: 10<br><br>Hon. Dana M. Sabraw |

I, Joshua B. Swigart hereby declare under penalty of perjury that the foregoing is true and correct:

1. I am one of the attorneys for the Plaintiff, Thierry Nedellec, in the above-entitled action. I am licensed to practice law before this court and all California state courts. I have personal knowledge of the information contained in this declaration and could testify to such if called to do so.

2. On March 5, 2008, service was completed on Defendants.

3. Defendant then requested we engage in settlement negotiations in an attempt to settle the case before Defendant was required to file an answer.

1 | 4. Plaintiff and Defendant have conducted extensive settlement negotiations.
2 | 5. A settlement has not been reached and Plaintiff has requested that Defendant file an answer by February 2, 2009, so that the parties may then proceed with litigation.
5 | 6. If Defendant does not file an answer by February 2, 2009, Plaintiff will file for default on February 3, 2009.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 14, 2009, in San Diego, California.

        /s/ Joshua B. Swigart
        Joshua B. Swigart