Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:  (619) 233-7770
Facsimile:   (619) 297-1022

Attorneys for Plaintiff
Thierry Nedellec

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| THIERRY NEDELLEC,<br><br>                    Plaintiff,<br><br>v.<br><br>PURCO FLEET SERVICES, INC.<br><br>                    Defendant. | Case No.: 08 CV 0362 DMS (POR)<br><br>**PLAINTIFF'S UNILATERAL NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>**HON. DANA M. SABRAW** |
|---|---|

Plaintiff THIERRY NEDELLEC (hereinafter "Plaintiff"), hereby moves to dismiss the entire action WITHOUT prejudice, and respectfully request that this Court so order forthwith.

Dated: January 29, 2009         **Hyde & Swigart**

                                                  _/S/ Joshua B. Swigart_
                                                  Joshua B. Swigart
                                                  Attorneys for Plaintiff